## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Tanaka L. Birdo,

     Plaintiff,

v.

Mohammed Duluky, Jeremy Miller,
and Common Bond,

     Defendants.

Civil No. 20-cv-1108 (SRN/HB)

## ORDER ON REPORT
## AND RECOMMENDATION

---

The above-entitled matter came before the Court upon the Report and
Recommendation of the United States Magistrate Judge.  No objections have been filed
to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the
files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;

2. To the extent that Tanaka L. Birdo's Complaint [Doc. No. 1] purports to
bring claims based on federal law, the Complaint is **DISMISSED
WITHOUT PREJUDICE** for failure to state a claim.

3. To the extent the Complaint purports to bring claims based on state law, the
Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of
jurisdiction.

4. Birdo's Application to Proceed in District Court Without Prepaying Fees or
Costs [Doc. No. 2] is **DENIED** as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 16, 2020      <u>s/Susan Richard Nelson</u>
SUSAN RICHARD NELSON
United States District Judge